# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION, INC., BERETTA U.S.A. CORP., DAVIDSON'S, INC., GLOCK, INC., CENTRAL TEXAS GUN WORKS, HORNADY MANUFACTURING COMPANY, LIPSEY'S, LLC, OSAGE COUNTY GUNS LLC, RSR GROUP, INC., SHEDHORN SPORTS, INC., SIG SAUER, INC., SMITH & WESSON INC., SPORTS SOUTH LLC, SPRAGUE'S SPORTS INC. and STURM, RUGER & COMPANY, INC., | Case No.: 1:21–cv–1348 (MAD/CFH) |
| Plaintiffs, | |
| v. | |
| LETITIA JAMES, in her official capacity as New York Attorney General, | |
| Defendant. | |

## NOTICE OF APPEAL

All plaintiffs appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered on May 25, 2022 (Dkt. No. 47) and from the Memorandum-Decision and Order entered on May 25, 2022 (Dkt. No. 46).

Dated: June 24, 2022

Respectfully submitted,

*/s/ Scott A. Chesin*
SCOTT A. CHESIN
N.D.N.Y. Bar Roll # 702851
ELLIOTT M. DAVIS
N.D.N.Y. Bar Roll # 703314
**SHOOK, HARDY & BACON LLP**
1325 Avenue of the Americas, 28th Floor
New York, N.Y.  10019
Telephone:   (212) 779-6106
Facsimile:    (929) 501-5545
schesin@shb.com
edavis@shb.com

AMY M. CROUCH (*pro hac vice*)
Missouri Bar # 48654
STACEY E. DEERE (*pro hac vice*)
Missouri Bar # 50036
**SHOOK, HARDY & BACON LLP**
2555 Grand Boulevard
Kansas City, Mo.p  64108
Telephone:   (816) 474-6560
Facsimile:    (816) 421-5547
amcrouch@shb.com
sdeere@shb.com

***Counsel for all Plaintiffs***

APPEAL,CLOSED,MAD–PILOT

# U.S. District Court
# Northern District of New York – Main Office (Syracuse) [NextGen CM/ECF Release 1.7 (Revision 1.7.1)] (Albany)
# CIVIL DOCKET FOR CASE #: 1:21–cv–01348–MAD–CFH
## *Internal Use Only*

National Shooting Sports Foundation, Inc. et al v. James
Assigned to: U.S. District Judge Mae A. D'Agostino
Referred to: Magistrate Judge Christian F. Hummel
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 12/16/2021
Date Terminated: 05/25/2022
Jury Demand: None
Nature of Suit: 950 Constitutional – State Statute
Jurisdiction: Federal Question

**Plaintiff**

**National Shooting Sports Foundation, Inc.**

represented by **Scott A. Chesin**
Shook Hardy & Bacon, LLP
1325 Avenue of the Americas. 28th FLoor
New York, NY 10019
212–779–6103
Email: schesin@shb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2021*

**Amy M. Crouch**
Shook, Hardy & Bacon L. L. P.
2555 Grand Boulevard
Kansas City, MO 64108
816–474–6550
Fax: 816–421–5547
Email: amcrouch@shb.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Elliott M. Davis**
Shook, Hardy & Bacon L. L. P.
1800 K Street NW – Suite 1000
Washington, DC 20006
202–783–8400
Fax: 202–783–4211
Email: edavis@shb.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2022*

**Plaintiff**

**Beretta U.S.A. Corp.**

represented by **Scott A. Chesin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2021*

**Amy M. Crouch**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Elliott M. Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2022*

**Plaintiff**

Davidson's, Inc.　　　　　　　　　represented by　**Scott A. Chesin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2021*

**Amy M. Crouch**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Elliott M. Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2022*

**Plaintiff**

Glock Inc.　　　　　　　　　represented by　**Scott A. Chesin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2021*

**Amy M. Crouch**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Elliott M. Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2022*

**Plaintiff**

Central Texas Gun Works　　　　　　　　　represented by　**Scott A. Chesin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2021*

**Amy M. Crouch**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Elliott M. Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

*Bar Status: Active*
*Fee Status: paid_2022*

**Plaintiff**

**Hornady Manufacturing Company**　　　　represented by　**Scott A. Chesin**
(See address for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2021*

**Amy M. Crouch**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Elliott M. Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2022*

**Plaintiff**

**Lipsey's, LLC**　　　　represented by　**Scott A. Chesin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2021*

**Amy M. Crouch**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Elliott M. Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2022*

**Plaintiff**

**Osage County Guns LLC**　　　　represented by　**Scott A. Chesin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2021*

**Amy M. Crouch**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Elliott M. Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2022*

**Plaintiff**

**RSR Group, Inc.**                    represented by **Scott A. Chesin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2021*

**Amy M. Crouch**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Elliott M. Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2022*

**Plaintiff**

**Shedhorn Sports, Inc.**             represented by **Scott A. Chesin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2021*

**Amy M. Crouch**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Elliott M. Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2022*

**Plaintiff**

**Sig Sauer, Inc.**                    represented by **Scott A. Chesin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2021*

**Amy M. Crouch**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Elliott M. Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2022*

**Plaintiff**

**Smith & Wesson Inc.**               represented by

**Scott A. Chesin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2021*

**Amy M. Crouch**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Elliott M. Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2022*

**Plaintiff**

**Sports South LLC**                    represented by    **Scott A. Chesin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2021*

**Amy M. Crouch**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Elliott M. Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2022*

**Plaintiff**

**Sprague's Sports Inc.**              represented by    **Scott A. Chesin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2021*

**Amy M. Crouch**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Elliott M. Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2022*

**Plaintiff**

**Sturm, Ruger & Company, Inc.**      represented by    **Scott A. Chesin**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2021*

**Amy M. Crouch**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Elliott M. Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2022*

V.

**Defendant**

| | | |
|---|---|---|
| **Letitia James**<br>*In her official capacity as New York Attorney General* | represented by | **Michael G. McCartin**<br>Office of Attorney General – Albany<br>The Capitol<br>Albany, NY 12224<br>518–776–2620<br>Fax: 518–915–7738<br>Email: michael.mccartin@ag.ny.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active*<br>*Fee Status: waived_2019* |

**Amicus**

| | | |
|---|---|---|
| **Everytown for Gun Safety** | represented by | **Alla Lefkowitz**<br>Everytown Law<br>P.O. Box 14780<br>Washington, DC 20044<br>202–545–3257<br>Email: alefkowitz@everytown.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active*<br>*Fee Status: paid_2022* |

**Amicus**

| | | |
|---|---|---|
| **Brady** | represented by | **Alla Lefkowitz**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active*<br>*Fee Status: paid_2022* |

**Amicus**

| | | |
|---|---|---|
| **New Yorkers Against Gun Violence** | represented by | **Alla Lefkowitz**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active*<br>*Fee Status: paid_2022* |

**Amicus**

| | | |
|---|---|---|
| **Nadine Sylvester** | represented by | |

**Alla Lefkowitz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2022*

**Amicus**

**Maxine Lewis**                    represented by **Alla Lefkowitz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2022*

**Amicus**

**Giffords Law Center to Prevent Gun**    represented by **Alla Lefkowitz**
**Violence**                              (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2022*

**Amicus**

**Rohan Levy Foundation**           represented by **Alla Lefkowitz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2022*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 12/16/2021 | 1 | COMPLAINT against Letitia James (Filing fee $402 receipt number ANYNDC−5745394) filed by Hornady Manufacturing Company, Sig Sauer, Inc., Glock Inc., RSR Group, Inc., National Shooting Sports Foundation, Inc., Smith & Wesson Inc., Lipsey's, LLC, Sturm, Ruger & Company, Inc., Sports South LLC, Sprague's Sports Inc., Beretta U.S.A. Corp., Central Texas Gun Works, Osage County Guns LLC, Shedhorn Sports, Inc., Davidson's, Inc.. (Attachments: # 1 Civil Cover Sheet)(gmd, ) (Entered: 12/16/2021) |
| 12/16/2021 | 2 | MOTION for Preliminary Injunction filed by Beretta U.S.A. Corp., Central Texas Gun Works, Davidson's, Inc., Glock Inc., Hornady Manufacturing Company, Lipsey's, LLC, National Shooting Sports Foundation, Inc., Osage County Guns LLC, RSR Group, Inc., Shedhorn Sports, Inc., Sig Sauer, Inc., Smith & Wesson Inc., Sports South LLC, Sprague's Sports Inc., Sturm, Ruger & Company, Inc.. Motion returnable before Judge Judge Mae D'Agostino by Beretta U.S.A. Corp., Central Texas Gun Works, Davidson's, Inc., Glock Inc., Hornady Manufacturing Company, Lipsey's, LLC, National Shooting Sports Foundation, Inc., Osage County Guns LLC, RSR Group, Inc., Shedhorn Sports, Inc., Sig Sauer, Inc., Smith & Wesson Inc., Sports South LLC, Sprague's Sports Inc., Sturm, Ruger & Company, Inc.. (Attachments: # 1 Memorandum of Law, # 2 Exhibit A – Ruger Declaration, # 3 Exhibit B – Osage Declaration, # 4 Exhibit C – NSSF Declaration, # 5 Exhibit D – Central Texas Declaration, # 6 Exhibit E – Spragues Declaration, # 7 Exhibit F – SIG Declaration, # 8 Exhibit G – Sports South Declaration, # 9 Exhibit H – Shedhorn Declaration, # 10 Exhibit I – Glock Inc. Declaration, # 11 Exhibit J – RSR Group Declaration, # 12 Exhibit K – Davidsons Inc. Declaration, # 13 Exhibit L – Hornady Manufacturing Co. Declaration, # 14 Exhibit M – Smith & Wesson Inc. Declaration, # 15 Exhibit N – Lipsey's, LLC Declaration, # 16 Exhibit O – Beretta U.S.A. Corp. Declaration, # 17 Proposed Order/Judgment)(gmd, ) (Entered: 12/16/2021) |

| 12/16/2021 | 3 | Summons Issued as to Letitia James. (gmd, ) (Entered: 12/16/2021) |
|---|---|---|
| 12/16/2021 | 4 | G.O. 25 FILING ORDER ISSUED: Initial Rule 16 Conference set for 3/16/2022 09:00 AM in Albany before Magistrate Judge Christian F. Hummel. Civil Case Management Plan must be filed and Mandatory Disclosures are to be exchanged by the parties on or before 3/9/2022. (Pursuant to Local Rule 26.2, mandatory disclosures are to be exchanged among the parties but are NOT to be filed with the Court.) (gmd, ) (Entered: 12/16/2021) |
| 12/16/2021 | 5 | NOTICE OF ADMISSION REQUIREMENT as to Party National Shooting Sports Foundation, Inc., et al.; Attorney Amy M. Crouch, Esq., Email address is amcrouch@shb.com. Phone number is (816) 474−6560. Clerk emailed notice to attorney on 12/16/21. Admissions due by 12/30/2021. (gmd, ) (Entered: 12/16/2021) |
| 12/16/2021 | 6 | TEXT−ONLY NOTICE REGARDING JUDGE D'AGOSTINO CASE DISPOSITION PILOT − Please refer to the Individual Rules and Practices of the Hon. Mae A. D'Agostino, U.S. District Judge, for guidance regarding the Case Disposition Pilot. https://www.nynd.uscourts.gov/sites/nynd/files/MAD_Rules_of_Practice_04_14_2020.pdf. (gmd, ) (Entered: 12/16/2021) |
| 12/17/2021 | 7 | MOTION for Limited Admission Pro Hac Vice of Amy M Crouch Filing fee $100, receipt number ANYNDC−5747518. (Attachments: # 1 Declaration, # 2 Exhibit(s) Petition for Admission to Practice, # 3 Exhibit(s) New Attorney E−Filing Reg. Form, # 4 Proposed Order/Judgment, # 5 Exhibit(s) Certificate of Good Standing) Motions referred to Christian F. Hummel. (Chesin, Scott) (Entered: 12/17/2021) |
| 12/17/2021 | 8 | FRCP 7.1 CORPORATE DISCLOSURE STATEMENT by Beretta U.S.A. Corp. identifying Corporate Parent Beretta Holdings S.A. for Beretta U.S.A. Corp... (Chesin, Scott) (Entered: 12/17/2021) |
| 12/17/2021 | 9 | FRCP 7.1 CORPORATE DISCLOSURE STATEMENT by Davidson's, Inc.. (Chesin, Scott) (Entered: 12/17/2021) |
| 12/17/2021 | 10 | FRCP 7.1 CORPORATE DISCLOSURE STATEMENT by Hornady Manufacturing Company. (Chesin, Scott) (Entered: 12/17/2021) |
| 12/17/2021 | 11 | FRCP 7.1 CORPORATE DISCLOSURE STATEMENT by Osage County Guns LLC. (Chesin, Scott) (Entered: 12/17/2021) |
| 12/17/2021 | 12 | FRCP 7.1 CORPORATE DISCLOSURE STATEMENT by Sprague's Sports Inc.. (Chesin, Scott) (Entered: 12/17/2021) |
| 12/17/2021 | 13 | FRCP 7.1 CORPORATE DISCLOSURE STATEMENT by National Shooting Sports Foundation, Inc.. (Chesin, Scott) (Entered: 12/17/2021) |
| 12/17/2021 | 14 | FRCP 7.1 CORPORATE DISCLOSURE STATEMENT by Sig Sauer, Inc. identifying Corporate Parent SIG SAUER US Holding LP for Sig Sauer, Inc... (Chesin, Scott) (Entered: 12/17/2021) |
| 12/17/2021 | 15 | FRCP 7.1 CORPORATE DISCLOSURE STATEMENT by Sturm, Ruger & Company, Inc.. (Chesin, Scott) (Entered: 12/17/2021) |
| 12/17/2021 | 16 | FRCP 7.1 CORPORATE DISCLOSURE STATEMENT by Glock Inc.. (Chesin, Scott) (Entered: 12/17/2021) |
| 12/17/2021 | 17 | FRCP 7.1 CORPORATE DISCLOSURE STATEMENT by Shedhorn Sports, Inc.. (Chesin, Scott) (Entered: 12/17/2021) |
| 12/20/2021 | 18 | FRCP 7.1 CORPORATE DISCLOSURE STATEMENT by Sports South LLC. (Chesin, Scott) (Entered: 12/20/2021) |
| 12/20/2021 | 19 | AFFIDAVIT of Service for Affidavit of Service *Northern Shooting Sports Foundation, Inc., et al.* served on Letitia James on 12/17/2021, filed by Beretta U.S.A. Corp., Central Texas Gun Works, Davidson's, Inc., Glock Inc., Hornady Manufacturing Company, Lipsey's, LLC, National Shooting Sports Foundation, Inc., Osage County Guns LLC, RSR Group, Inc., Shedhorn Sports, Inc., Sig Sauer, Inc., Smith & Wesson Inc., Sports South LLC, Sprague's Sports Inc., Sturm, Ruger & Company, Inc.. (Chesin, Scott) (Entered: 12/20/2021) |

| | | |
|---|---|---|
| 12/20/2021 | 20 | FRCP 7.1 CORPORATE DISCLOSURE STATEMENT by RSR Group, Inc.. (Chesin, Scott) (Entered: 12/20/2021) |
| 12/20/2021 | | ***Answer due date updated for Letitia James answer due 1/7/2022. (pjh, ) (Entered: 12/20/2021) |
| 12/20/2021 | 21 | FRCP 7.1 CORPORATE DISCLOSURE STATEMENT by Central Texas Gun Works. (Chesin, Scott) (Entered: 12/20/2021) |
| 12/20/2021 | 22 | FRCP 7.1 CORPORATE DISCLOSURE STATEMENT by Lipsey's, LLC. (Chesin, Scott) (Entered: 12/20/2021) |
| 12/20/2021 | 23 | NOTICE of Appearance by Michael G. McCartin on behalf of Letitia James (McCartin, Michael) (Entered: 12/20/2021) |
| 12/21/2021 | | TEXT NOTICE SETTING RESPONSE/REPLY DEADLINES re 2 MOTION for Preliminary Injunction filed by Beretta U.S.A. Corp., Central Texas Gun Works, Davidson's, Inc., Glock Inc., Hornady Manufacturing Company, Lipsey's, LLC, National Shooting Sports Foundation, Inc., Osage County Guns LLC, RSR Group: The Motion will be decided on the submission of the papers, unless otherwise notified by the Court; Response to Motion due by 1/7/2022; Reply to Response to Motion due by 1/14/2022. (ban) (Entered: 12/21/2021) |
| 12/21/2021 | 24 | FRCP 7.1 CORPORATE DISCLOSURE STATEMENT by Smith & Wesson Inc. identifying Corporate Parent Smith & Wesson Brands, Inc. for Smith & Wesson Inc... (Chesin, Scott) (Entered: 12/21/2021) |
| 12/22/2021 | 25 | TEXT ORDER granting 7 Motion for Limited Admission Pro Hac Vice of Amy M. Crouch, Esq. Counsel is hereby advised that as of January 16, 2018, the NYND has converted to NextGen. Due to this conversion, you must now register for Pro Hac Vice access through your PACER account. **This is the only notice you will receive concerning this requirement. You will not have access to electronically file in this case until your Pro Hac Vice request has been processed through the PACER system.** Step–by–step instructions on how to complete this process are available at http://www.nynd.uscourts.gov/attorney–admissions–nextgen. Authorized by Magistrate Judge Christian F. Hummel on 12/22/2021. (tab) (Entered: 12/22/2021) |
| 12/22/2021 | 26 | Letter Motion from Michael G. McCartin for Letitia James requesting an enlargement of time to respond to the Complaint and to Plaintiffs' Motion for a Preliminary Injunction (this motion for an enlargement is made on consent) submitted to Judge D'Agostino . (Attachments: # 1 Appendix Proposed Order)(McCartin, Michael) (Entered: 12/22/2021) |
| 12/29/2021 | 27 | TEXT ORDER granting 26 Letter Motion from Michael G. McCartin for Letitia James requesting an enlargement of time to respond to the Complaint and to Plaintiffs' Motion for a Preliminary Injunction: It is hereby ORDERED that the defendant's request for an extension of time to file an answer to the 1 complaint, and respond to the pending 2 Motion for Preliminary Injunction, is GRANTED; An Answer to the Complaint is due by 1/28/22; Defendant's Response to Motion for Preliminary Injunction is due by 1/28/2022; Plaintiff's Reply to Response to Motion for Preliminary Injunction due by 2/4/2022. The motion will be decided on the submission of the papers only. No personal appearances are necessary, unless otherwise directed by the Court. Signed by U.S. District Judge Mae A. D'Agostino on 12/29/21 (ban) (Entered: 12/29/2021) |
| 12/29/2021 | | Reset Deadlines as to 2 MOTION for Preliminary Injunction filed by Beretta U.S.A. Corp., Central Texas Gun Works, Davidson's, Inc., Glock Inc., Hornady Manufacturing Company, Lipsey's, LLC, National Shooting Sports Foundation, Inc., Osage County Guns LLC, RSR Group. Response to Motion due by 1/28/2022. Reply to Response to Motion due by 2/4/2022 (ban) (Entered: 12/29/2021) |
| 01/07/2022 | 28 | Letter Motion from Michael G. McCartin for Letitia James requesting permission to file a Motion to Dismiss submitted to Judge D'Agostino . (McCartin, Michael) (Entered: 01/07/2022) |
| 01/10/2022 | 29 | NOTICE of Appearance by Amy M. Crouch on behalf of All Plaintiffs (Crouch, Amy) (Entered: 01/10/2022) |
| 01/12/2022 | 30 | RESPONSE TO LETTER BRIEF filed by Beretta U.S.A. Corp., Central Texas Gun Works, Davidson's, Inc., Glock Inc., Hornady Manufacturing Company, Lipsey's, LLC, |

| | | |
|---|---|---|
| | | National Shooting Sports Foundation, Inc., Osage County Guns LLC, RSR Group, Inc., Shedhorn Sports, Inc., Sig Sauer, Inc., Smith & Wesson Inc., Sports South LLC, Sprague's Sports Inc., Sturm, Ruger & Company, Inc. as to 28 Letter Request/Motion filed by Letitia James . (Chesin, Scott) (Entered: 01/12/2022) |
| 01/20/2022 | | TEXT Minute Entry for Telephone Pre–Motion Conference held on 1/20/2022 before U.S. District Judge Mae A. D'Agostino: Appearances by Scott Chesin, Esq. and Amy Crouch, Esq. for the Plaintiffs; Michael McCartin, AAG for the defendant; Judge D'Agostino addresses counsel regarding the defendant's pre–motion letter seeking leave to file a motion to dismiss – Judge D'Agostino hears from both sides. Judge D'Agostino permits defense counsel to file their motion to dismiss, on or before 2/18/22. Response papers will be due by 3/11/22; Reply papers will be due by 3/18/22. Judge D'Agostino will decide the motion to dismiss, and the already pending motion for a preliminary injunction together. Plaintiff's counsel addresses the Court regarding communications with outside parties looking to file Amicus Briefs in this case. As no such requests have been filed to date, the Court will not yet address that issue. (Court Reporter Lisa Tennyson, CRD Britney Norton [time 9:59 a.m. – 10:17 a.m.]) (ban) (Entered: 01/20/2022) |
| 01/20/2022 | | Set Deadlines: Motions to be filed by 2/18/2022. (ban) (Entered: 01/20/2022) |
| 01/24/2022 | 31 | MOTION for Limited Admission Pro Hac Vice of Stacey E. Deere Filing fee $100, receipt number ANYNDC–5780957. (Attachments: # 1 Declaration of Sponsor, # 2 Attorney Registration, # 3 Petition for Admission, # 4 Certificates of Good Standing, # 5 Proposed Order) Motions referred to Christian F. Hummel. (Chesin, Scott) (Entered: 01/24/2022) |
| 01/26/2022 | 32 | TRANSCRIPT REQUEST by Letitia James for proceedings held on January 20, 2022 before Judge D'Agostino.. (McCartin, Michael) (Entered: 01/26/2022) |
| 01/26/2022 | 33 | TRANSCRIPT REQUEST from non–party for proceedings held on 1/20/2022 before Judge Mae A. D'Agostino. (pjh, ) (Entered: 01/26/2022) |
| 02/02/2022 | 34 | TEXT ORDER granting 31 Motion for Limited Admission Pro Hac Vice for Stacey E. Deere, Esq. Counsel is hereby advised that as of January 16, 2018, the NYND has converted to NextGen. Due to this conversion, you must now register for Pro Hac Vice access through your PACER account. **This is the only notice you will receive concerning this requirement.  You will not have access to electronically file in this case until your Pro Hac Vice request has been processed through the PACER system.** Step–by–step instructions on how to complete this process are available at http://www.nynd.uscourts.gov/attorney–admissions–nextgen. Authorized by Magistrate Judge Christian F. Hummel on 2/2/2022. (tab) (Entered: 02/02/2022) |
| 02/18/2022 | 35 | MOTION to Dismiss for Failure to State a Claim filed by Letitia James. Motion returnable before Judge D'Agostino Response to Motion due by 3/11/2022. Reply to Response to Motion due by 3/18/2022 (Attachments: # 1 Memorandum of Law, # 2 Declaration of Michael G. McCartin, # 3 Exhibit(s) 1 (Laws of 2021, Chap 237) (McCartin, Michael) (Entered: 02/18/2022) |
| 02/22/2022 | 36 | TRANSCRIPT REQUEST by Beretta U.S.A. Corp., Central Texas Gun Works, Davidson's, Inc., Glock Inc., Hornady Manufacturing Company, Lipsey's, LLC, National Shooting Sports Foundation, Inc., Osage County Guns LLC, RSR Group, Inc., Shedhorn Sports, Inc., Sig Sauer, Inc., Smith & Wesson Inc., Sports South LLC, Sprague's Sports Inc., Sturm, Ruger & Company, Inc. for proceedings held on 1/20/2022 before Judge Hon. Mae A. DAgostino.. (Chesin, Scott) (Entered: 02/22/2022) |
| 02/25/2022 | 37 | NOTICE of Appearance by Alla Lefkowitz on behalf of Everytown for Gun Safety, Brady, New Yorkers Against Gun Violence, Nadine Sylvester, Maxine Lewis, Giffords Law Center to Prevent Gun Violence, Rohan Levy Foundation (Lefkowitz, Alla) (Entered: 02/25/2022) |
| 02/25/2022 | 38 | MOTION for Leave to File *Amicus Brief (Unopposed)* filed by Brady, Everytown for Gun Safety, Giffords Law Center to Prevent Gun Violence, Maxine Lewis, New Yorkers Against Gun Violence, Rohan Levy Foundation, Nadine Sylvester. Response to Motion due by 3/18/2022 (Attachments: # 1 Proposed Amicus Brief) Motions referred to Christian F. Hummel. (Lefkowitz, Alla) (Entered: 02/25/2022) |
| 03/04/2022 | 39 | TEXT ORDER granting 38 Motion for Leave to File to file an Amicus Curiae Brief re 2 Motion for Preliminary Injunction and 35 Motion to Dismiss: It is hereby ORDERED that |

| | | |
|---|---|---|
| | | the Amicus Curiae Brief filed by the Gun Violence Prevention Groups, is accepted for filing. The Clerk is hereby directed to file the Amicus Brief attached to document no. 35 as a separate docket entry. Signed by U.S. District Judge Mae A. D'Agostino on 3/4/2022. (ban) (Entered: 03/04/2022) |
| 03/04/2022 | 40 | Amicus Curiae BRIEF and APPEARANCE entered by Alla Lefkowitz on behalf of Brady, Everytown for Gun Safety, Giffords Law Center to Prevent Gun Violence, Maxine Lewis, New Yorkers Against Gun Violence, Rohan Levy Foundation, Nadine Sylvester. (ban) (Entered: 03/04/2022) |
| 03/09/2022 | 41 | TEXT NOTICE: The Rule 16 Initial Conference scheduled for March 16, 2022 at 9:00 AM before Magistrate Judge Christian F. Hummel and the deadline to submit a proposed Civil Case Management Plan and exchange Mandatory Disclosures are ADJOURNED without date pending a decision on the dispositive motion. (tab) (Entered: 03/09/2022) |
| 03/11/2022 | 42 | NOTICE of Appearance by Elliott M. Davis on behalf of All Plaintiffs (Davis, Elliott) (Entered: 03/11/2022) |
| 03/11/2022 | 43 | MEMORANDUM OF LAW *IN FURTHER SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION AND IN OPPOSITION TO DEFENDANTS CROSS–MOTION TO DISMISS* filed by Beretta U.S.A. Corp., Central Texas Gun Works, Davidson's, Inc., Glock Inc., Hornady Manufacturing Company, Lipsey's, LLC, National Shooting Sports Foundation, Inc., Osage County Guns LLC, RSR Group, Inc., Shedhorn Sports, Inc., Sig Sauer, Inc., Smith & Wesson Inc., Sports South LLC, Sprague's Sports Inc., Sturm, Ruger & Company, Inc.. (Chesin, Scott) (Entered: 03/11/2022) |
| 03/18/2022 | 44 | REPLY to Response to Motion re 35 MOTION to Dismiss for Failure to State a Claim filed by Letitia James. Motion returnable before Judge D'Agostino filed by Letitia James. (McCartin, Michael) (Entered: 03/18/2022) |
| 03/24/2022 | 45 | TRANSCRIPT of Proceedings: Premotion Teleconference held on January 20, 2022, before Judge Mae A. D'Agostino, Court Reporter: Lisa L. Tennyson, Telephone number: (518) 257–1823. **IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS:** In order to remove personal identifier data from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within 5 business days of this date. The policy governing the redaction of personal information is located on the court website at www.nynd.uscourts.gov. Read this policy carefully. If no Notice of Intent to Redact is filed within 5 business days of this date, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available on the web 90 days from today's date. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/14/2022. Redacted Transcript Deadline set for 4/25/2022. Release of Transcript Restriction set for 6/22/2022. Notice of Intent to Redact due by 3/29/2022 (lt, ) (Entered: 03/24/2022) |
| 05/25/2022 | 46 | MEMORANDUM–DECISION AND ORDER granting 35 Motion to Dismiss for Failure to State a Claim; denying 2 Motion for Preliminary Injunction: The Court hereby ORDERS Defendant's motion to dismiss (Dkt. No. 35) is GRANTED; and the Court further ORDERS that Plaintiffs' motion for a preliminary injunction (Dkt. No. 2) is DENIED; and the Court further ORDERS that the Clerk of the Court shall enter judgment in Defendant's favor and close this case; and the Court further ORDERS that the Clerk of the Court shall serve a copy of this Memorandum– Decision and Order on the parties in accordance with the Local Rules. Signed by U.S. District Judge Mae A. D'Agostino on 5/25/2022. (ban) (Entered: 05/25/2022) |
| 05/25/2022 | 47 | JUDGMENT in favor of Letitia James against Beretta U.S.A. Corp., Central Texas Gun Works, Davidson's, Inc., Glock Inc., Hornady Manufacturing Company, Lipsey's, LLC, National Shooting Sports Foundation, Inc., Osage County Guns LLC, RSR Group, Inc., Shedhorn Sports, Inc., Sig Sauer, Inc., Smith & Wesson Inc., Sports South LLC, Sprague's Sports Inc., Sturm, Ruger & Company, Inc.. (Attachments: # 1 Appeal Notice) (ban) (Entered: 05/25/2022) |
| 06/24/2022 | 48 | NOTICE OF APPEAL as to 47 Judgment, 46 Order on Motion to Dismiss for Failure to State a Claim,,, Order on Motion for Preliminary Injunction,, by Beretta U.S.A. Corp., Central Texas Gun Works, Davidson's, Inc., Glock Inc., Hornady Manufacturing Company, Lipsey's, LLC, National Shooting Sports Foundation, Inc., Osage County Guns |

| | | LLC, RSR Group, Inc., Shedhorn Sports, Inc., Sig Sauer, Inc., Smith & Wesson Inc., Sports South LLC, Sprague's Sports Inc., Sturm, Ruger & Company, Inc.. Filing fee $ 505, receipt number ANYNDC−5946923. (Chesin, Scott) (Entered: 06/24/2022) |
| 06/24/2022 | 49 | ELECTRONIC NOTICE AND CERTIFICATION sent to US Court of Appeals regarding the # 48 Notice of Appeal. (pjh, ) (Entered: 06/24/2022) |