# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: NSSF v. James                                                                 Docket No.: 22-1374

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Sarah A. Hunger

Firm: Office of the Illinois Attorney General

Address: 100 West Randolph Street, 12th Floor

Telephone: (312) 814-5202                                    Fax:

E-mail: Sarah.Hunger@ilag.gov

**Appearance for:** State of Illinois/Amicus Curiae
                                          (party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
                                                            (name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
                                                            (name/firm)

☐ Additional counsel (co-counsel with: _____ )
                                                            (name/firm)

☑ Amicus (in support of: Defendant-Appellee Letitia James )
                                          (party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: s/ Sarah A. Hunger

Type or Print Name: Sarah A. Hunger