# 22-1374

IN THE UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

---

NATIONAL SHOOTING SPORTS FOUNDATION, INC., BERETTA U.S.A. CORP., DAVIDSON'S, INC., GLOCK INC., CENTRAL TEXAS GUN WORKS, HORNADY MANUFACTURING COMPANY, LIPSEY'S LLC, OSAGE COUNTY GUNS LLC, RSR GROUP, INC., SHEDHORN SPORTS, INC., SIG SAUER, INC., SMITH & WESSON INC., SPORTS SOUTH LLC, SPRAGUE'S SPORTS INC., STURM, RUGER & COMPANY, INC.,

*Plaintiffs-Appellants*,

v.

LETITIA JAMES,

in her official capacity as New York Attorney General,

*Defendant-Appellee.*

On Appeal from the United States District Court

for the Northern District of New York, No. 1:21-cv-1348 (D'Agostino, J.)

**BRIEF OF AMICUS CURIAE**

**RYAN BUSSE IN SUPPORT OF DEFENDANT-APPELLEE**

*Counsel listed on the following page*

Jennifer E. McDonald, Esq.
Downs Rachlin Martin PLLC
199 Main Street
P.O. Box 190
Burlington, VT 05401
802-863-2375
jmcdonald@drm.com
Counsel for Amicus Curiae

## TABLE OF CONTENTS

INTRODUCTION ............................................................................................ 2

ARGUMENT ................................................................................................... 3

1. GUN INDUSTRY MEMBERS HAVE LONG-SUPPORTED
   POLICIES THAT INSTITUTE SCREENING AND SECURITY
   MEASURES. .................................................................................. 4

2. POLICIES THAT REQUIRE GUN INDUSTRY MEMBERS TO
   ACCOUNT FOR INVENTORY AND TO PREVENT THEFT ARE
   ALSO ENCOURAGED BY THE INDUSTRY ............................................ 6

3. POLICIES THAT PREVENT SALES TO STRAW PURCHASERS,
   TRAFFICKERS, OR PERSONS PROHIBITED FROM
   POSSESSING FIREARMS ARE REASONABLE, AND GUN
   INDUSTRY MEMBERS HAVE LONG-EMBRACED SUCH
   POLICIES ....................................................................................... 7

4. GUN INDUSTRY MEMBERS HAVE LONG TOUTED EFFORTS
   TO PROHIBIT GUN SALES TO A PERSON WHO APPEARS TO
   BE AT RISK OF HARMING THEMSELVES OR OTHERS ..................... 9

5. SECTION 898'S POLICY REQUIREMENTS SUPPORT
   RESPONSIBLE GUN INDUSTRY BEHAVIOR ...................................... 12

CONCLUSION ................................................................................................ 13

# <u>TABLE OF AUTHORITIES</u>

**Page(s)**

**Cases**

*Metro. Washington Chapter v. D.C.*,
   57 F. Supp. 3d 1 (D.D.C. 2014) ....................................................................... 12

*United States v. Thomas*,
   864 F.2d 188 (D.C. Cir. 1988) ......................................................................... 12

*Ward v. Rock Against Racism*,
   491 U.S. 781 (1989) .......................................................................................... 12

**Rules**

Fed. R. App. P.
   29(a)(4)(E) ........................................................................................................... 1

N.Y. Gen. Bus. Law
   § 898 .......................................................................................................... *passim*
   § 898-a(2) ..................................................................................................... 4, 13
   § 898-b(2) ............................................................................................................ 3

**Other Authorities**

ATF, *Don't Lie for the Other Guy* (Apr. 26, 2018)
   https://www.atf.gov/firearms/dont-lie-other-guy/ ................................................ 8

Brian Ross, Gerry Wagschal, Rhonda Schwartz, *Gun Store Owner:
   We Alerted FBI to 'Suspicious' Customer Weeks Before Orlando
   Shooting*, ABC News (June 16, 2016),
   https://abcnews.go.com/US/orlando-shooter-turned-gun-store-
   suspicious/story?id=39901107%20772-263-9222 ............................................. 11

Bureau of Alcohol, Tobacco, and Firearms, *Loss Prevention for
   Firearms Retailers*, https://www.atf.gov/firearms/docs/guide/loss-
   prevention-firearms-retailers/download (last visited Jan. 11, 2023) ................... 7

CBS Austin, *APD: South Austin shooting spree suspect charged with murder* (July 13, 2018), https://cbsaustin.com/news/local/affidavit-suspect-in-s-lamar-homicide-tried-to-by-gun-suppressor-before-shooting-spree ................................................................................................ 11

Chanda Neely, *Gun shop owner thwarts possible mass shooting at Ohio University* (Mar. 27, 2016), https://www.cleveland.com/metro/2016/03/gun_shop_owner_thwarts_possibl.html ............................................................................................. 10

Don't Lie For the Other Guy, *Don't Lie Retailer Kit,* (last reviewed April 26, 2018), www.dontlie.org/toolkit-request.cfm (last visited Jan. 11, 2023) ................................................................................................ 8

Douglass Dowty, *Police: How Syracuse University student was stopped while planning mass shooting* (Apr. 5, 2018), https://www.syracuse.com/crime/2018/04/police_how_syracuse_university_student_was_stopped_while_planning_mass_shooting.html .............................................................................................................. 11

Emma Tucker, *Prior 2021 arrest of Colorado Springs gunman puts spotlight on the politics of Red Flag Laws*, CNN (Nov. 27, 2022), https://www.cnn.com/2022/11/27/us/colorado-springs-red-flag-gun-law/index.html ................................................................................ 11

Joe Bartozzi, *Mental health and firearm ownership*, NSSF (Oct. 6, 2020), https://www.nssf.org/articles/mental-health-and-firearm-ownership/ ....................................................................................... 5, 9

John Bocker, *10 Tips for Firearms Retail Workplace Safety*, NSSF (Nov. 21, 2017), https://www.nssf.org/articles/10-tips-for-firearms-retail-workplace-safety/ ................................................................................ 4

Joseph Zeballos-Roig, *The NRA issued a statement supporting Trump's call to focus on mental illness to reduce gun violence after the shootings in El Paso and Dayton,* Business Insider (Aug. 5, 2019), https://www.businessinsider.com/nra-statement-backing-trump-el-paso-dayton-shootings-mental-illness-2019-8 ................................... 10

iii

Megan Hickey, *"We did the right thing": Manager of Oak Forest gun shop speaks about moments when Ketura Wilson demanded ammunition and was denied,* CBS Chicago (Apr. 5, 2022), https://www.cbsnews.com/chicago/news/manager-of-oak-forest-gun-shop-speaks-about-moments-when-ketura-wilson-demanded-ammunition-and-was-denied/ .............................................................. 11

NewsCore, *How to store guns safely in your home*, Fox News (Feb. 6, 2017), https://www.foxnews.com/real-estate/how-to-store-guns-safely-in-your-home. ...................................................................... 6

NRA, *Eddie Eagle GunSafe® program*, For the Parents | Eddie Eagle GunSafe® Program, https://eddieeagle.nra.org/parents/ (last visited Jan. 10, 2023) .................................................................... 5

NSSF, *"Don't lie for the other guy" is a tool box for retailers, not a hammer to be used against them* (2014), https://www.nssf.org/articles/dont-lie-for-the-other-guy-is-a-tool-box-for-retailers-not-a-hammer-to-be-used-against-them/ (last visited Jan. 9, 2023) ........................................................................... 8

NSSF, Don't Lie for the Other Guy, *NSSF Real Solutions*, https://www.nssfrealsolutions.org/programs/dont-lie/ (last visited Jan. 9, 2023) ........................................................................ 10

NSSF, *"Don't lie for the other guy" Straw purchase awareness store of the year* (Feb. 20, 2013), https://www.nssf.org/articles/dont-lie-for-the-other-guy-straw-purchase-awareness-store-of-the-year/ ........................ 8

NSSF, *Retailers emphasize gun safety as sales rise and Families Stay Home*, NSSF (Mar. 20, 2020), https://www.nssf.org/articles/nssf-retailers-emphasize-gun-safety-as-sales-rise-and-families-stay-home/ ............................................................................. 5

NSSF Security and Compliance Team Members, *Protecting Your Firearm Business and the Public During a Crisis* (Mar. 19, 2020), https://www.nssf.org/articles/protecting-your-firearms-business-and-the-public-during-a-crisis/ ...................................................... 6, 7

iv

Rudy Chinchilla, *Man Threatened Temple University While Buying Rifle Bullets, Police Say*, NBC News Philadelphia (Aug. 4, 2019), https://www.nbcphiladelphia.com/news/local/temple-university-threats-buying-bullets-patrick-buhler/165883/ ................................................. 11

Stephen Groves & Trisha Ahmed, *FBI: Minnesota man was making arsenal, revered mass shooters*, AP NEWS (Dec. 16, 2022), https://apnews.com/article/minnesota-d5004c013cfc4520481f4cad047e9cd9............................................................. 11

Steve Sanetti, *The success of safe storage programs, by the numbers*, NSSF (Sept. 11, 2017), https://www.nssf.org/articles/the-success-of-safe-storage-programs-by-the-numbers/ ........................................................ 5

## INTEREST OF THE *AMICUS CURIAE*[1]

*Amicus curiae* Ryan Busse works as a Senior Advisor to Giffords.[2] Mr. Busse has a deep understanding of the firearms industry, having worked in the industry for more than twenty-five years, including as a senior executive of a leading firearm manufacturer overseeing sales and marketing, as well as a long-time gun owner. Mr. Busse has been nominated for, and received, multiple awards for the work he has done on behalf of the firearm industry. Since leaving his employment within the industry in 2020, Mr. Busse has focused on advocating for safe and responsible firearms sales and ownership, as well as on environmental issues. Mr. Busse has been an advisor to Giffords since June 2021. In this role, Mr. Busse continues to promote sensible gun ownership and regulation. As a testament to his wealth of experience and various career recognitions, Mr. Busse has also served as an advisor for the United States Senate Sportsmen's Caucus, the Biden Presidential Campaign,

---

[1] *Amicus* Ryan Busse submits this brief in support of Appellee. No counsel for a party authored this brief in whole or in part. No party or party's counsel made a monetary contribution to fund its preparation or submission. No person other than *amicus* or their counsel contributed money to fund this brief's preparation or submission. *See* Fed. R. App. P. 29(a)(4)(E); Local R. 29.1(b).

[2] Giffords is a non-profit policy organization comprised of three distinct entities, Giffords, Giffords Law Center, and Giffords PAC. Together, the three entities work serving lawmakers, advocates, legal professionals, gun violence survivors, and others who seek to reduce gun violence and improve the safety of their communities. Giffords also advocates for the interests of gun owners and law enforcement officials who understand that Second Amendment rights have always been consistent with gun safety legislation and community violence prevention strategies.

and the Department of Interior Hunting and Wildlife Conservation Council.

Mr. Busse is the author of the 2021 book *Gunfight: My Battle Against the Industry that Radicalized America*. In *Gunfight*, Mr. Busse describes his experiences with gun ownership and his work as a firearms industry executive, including his real world understanding of the political and societal forces that influence the industry's positions on firearms regulation. Mr. Busse has long worked to reduce gun violence while protecting the rights and interests of gun owners and industry actors.

## INTRODUCTION

N.Y. Gen. Bus. Law § 898 ("Section 898") helps gun owners and gun industry members be the responsible actors that they say they want to be. Section 898's requirements codify well-established best practices among gun industry members, and its requirements are neither vague nor unreasonable. Indeed, Section 898 simply requires conduct that responsible gun industry members already engage in and support, including appellant National Shooting Sports Foundation ("NSSF").

2

## ARGUMENT

**Section 898's Required Conduct Tracks Well-Established Best Practices**

Appellants incorrectly hyperbolize Section 898 as providing "zero guidance" about what reasonable controls relate to the manufacturing, marketing, and sale of firearms and suggest that the law is so unwieldy as to decimate the industry (Appellant Br. at 3). Appellants contend that Section 898 "fails 'to give fair notice of conduct that is forbidden or required.'" (*Id.* at 51 (quoting *FCC v. Fox Television Stations*, 567 U.S. 239, 253 (2012)). But these protestations ring hollow, as gun industry members—including appellant NSSF—have publicly announced their support for, and encouraged compliance with, the types of safeguards set forth in Section 898.

Section 898-b(2) states that "[a]ll gun industry members who manufacture, market, import or offer for wholesale or retail sale any qualified product in New York state shall establish and utilize reasonable controls and procedures to prevent its qualified products from being possessed, used, marketed or sold unlawfully in New York state." Appellants are incorrect in asserting that the statute requires "reasonable controls" without providing guidance about what those controls are; to the contrary, it defines the "reasonable controls" as:

3

policies that include, but are not limited to: (a) instituting screening, security, inventory and other business practices to prevent thefts of qualified products as well as sales of qualified products to straw purchasers, traffickers, persons prohibited from possessing firearms under state or federal law, or persons at risk of injuring themselves or others; and (b) preventing deceptive acts and practices and false advertising.

N.Y. Gen. Bus. Law §898-a(2). Moreover, Appellants and their amici repeatedly have acknowledged the merit, and attainability of each of the controls required by the statute by encouraging policies and programs relating to the exact topics identified by the legislature.

### 1. Gun industry members have long-supported policies that institute screening and security measures.

Appellants provide us clear examples of ways in which the industry espouses reasonable measures with respect to screening and security measures. For example, the NSSF promotes a program called "10 Tips for Firearms Retail Workplace Safety," which includes creating a safety plan and a safety program with "[s]tandardized policies [that] should outline responsibilities and accountability for all staff members," and "ensure that safety practices are understood and reinforced constantly."[3]

The NSSF has similarly encouraged "secure firearm storage, providing the

---

[3] John Bocker, *10 Tips for Firearms Retail Workplace Safety*, NSSF (Nov. 21, 2017), https://www.nssf.org/articles/10-tips-for-firearms-retail-workplace-safety/.

means to securely store firearms when not in use, and educating the public about storage options so that firearms are not accessible by those at risk of self-harm or harm of others."[4] The NSSF's website further explains that "[p]rograms promoting safe firearm storage practices work. There is no other way to explain the fact that with over 380 million firearms in the U.S. today, accidents with firearms have dropped to historical lows."[5] The NSSF has further stated: "Proper firearm storage is the #1 way to help prevent accidents, as well as deter thefts. Secure storage can also play a role in helping to prevent access by persons going through a difficult time."[6]

The NSSF's declarations of support for the safe storage of firearms are not unique within the industry. The National Rifle Association ("NRA") has emphasized in its trainings and blog posts how important it is to "make sure all firearms cannot be reached by anyone who should not have access to them without your consent. Store guns so they are not accessible to unauthorized persons."[7] The NRA further

---

[4] Joe Bartozzi, *Mental health and firearm ownership*, NSSF (Oct. 6, 2020), https://www.nssf.org/articles/mental-health-and-firearm-ownership/.

[5] Steve Sanetti, *The success of safe storage programs, by the numbers*, NSSF (Sept. 11, 2017), https://www.nssf.org/articles/the-success-of-safe-storage-programs-by-the-numbers/.

[6] NSSF, *Retailers emphasize gun safety as sales rise and Families Stay Home*, NSSF (Mar. 20, 2020), https://www.nssf.org/articles/nssf-retailers-emphasize-gun-safety-as-sales-rise-and-families-stay-home/.

[7] NRA, *Eddie Eagle GunSafe® program*, For the Parents | Eddie Eagle GunSafe® Program, https://eddieeagle.nra.org/parents/ (last visited Jan. 10, 2023).

warns that owners should not rely solely on mechanical locking devices to keep firearms stored safely, noting to Fox News that "these can fail and should not be used as a substitute for safe gun handling and the observance of all gun safety rules. Always remember that, while these devices prevent the weapon from being loaded or fired, they will not stop it from being stolen. That's why it's so important to use it in conjunction with a proper storage device."[8] Responsible gun industry members already promote safely securing guns and understand what reasonable measures can be taken to implement such policies —and appellant NSSF and amicus NRA agree with these policies.

**2.  Policies that require gun industry members to account for inventory and to prevent theft are also encouraged by the industry.**

Gun industry members have long implemented and encouraged policies and practices that track firearm inventory and prevent theft as a way to prevent economic loss and ensure safety.  For example, the NSSF has emphasized that "[a] few hours of preparation can go a long way toward protecting your business and community, and it can help secure the prosperity of your business once a crisis subsides."[9] In

---

[8] NewsCore, *How to store guns safely in your home*, Fox News (Feb. 6, 2017), https://www.foxnews.com/real-estate/how-to-store-guns-safely-in-your-home.
[9] NSSF Security and Compliance Team Members, *Protecting Your Firearm Business and the Public During a Crisis* (Mar. 19, 2020), https://www.nssf.org/articles/protecting-your-firearms-business-and-the-public-during-a-crisis/.

addition, the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") publishes a guide, "Loss Prevention for Firearms Retailers," which, in two pages, enumerates a host of best practices to secure gun inventory and prevent theft. Over the two pages, the ATF provides more than thirty suggestions to retailers as to how to "evaluate the security of your premises and help you develop a strategy for preventing losses."[10] These include common sense items undertaken in any retail enterprise, such as maintaining "timely and accurate acquisition and disposition records," implementing alarm systems, and educating employees about loss prevention measures.[11] These are reasonable measures that any retailer—including gun industry members—can and do implement. Appellants' assertion that Section 898's "'reasonable controls and procedures' language . . . has no historical pedigree whatsoever" rings hollow.

**3.    Policies that prevent sales to straw purchasers, traffickers, or persons prohibited from possessing firearms are reasonable, and gun industry members have long-embraced such policies.**

Appellant NSSF has repeatedly urged its members to take precautions against selling firearms to straw purchasers, stating: "[T]he public has learned the severe

---

[10] *Id.*

[11] Bureau of Alcohol, Tobacco, and Firearms, *Loss Prevention for Firearms Retailers*, https://www.atf.gov/firearms/docs/guide/loss-prevention-firearms-retailers/download (last visited Jan. 11, 2023).

consequences of illegally purchasing a firearm for someone who cannot legally possess one or who does not want to have his or her name associated with the transaction."[12]  Indeed, NSSF and ATF partnered together to "design[ ] an educational program to assist firearm retailers in the detection and possible deterrence of 'straw purchasers.'"[13]  The "Don't Lie for the Other Guy" campaign aims to prevent the illegal straw purchase of firearms, including by promoting a "Retailer Tool Kit" to assist retailers in recognizing and preventing straw purchases.[14]  NSSF has acknowledged that policies against selling to straw purchasers can be implemented, stating that "Federally licensed firearms retailers are on the front lines every day working to prevent illegal purchases. This is the goal of everyone in the firearms industry. No one in it wants to make sales to prohibited individuals."[15]  These programs and policies underscore the point that Section 898 provides adequate guidance "as to what controls are or are not reasonable," (Appellant Br. at 52), and that NSSF and other gun industry members are well aware

---

[12] NSSF, *"Don't lie for the other guy" Straw purchase awareness store of the year* (Feb. 20, 2013), https://www.nssf.org/articles/dont-lie-for-the-other-guy-straw-purchase-awareness-store-of-the-year/.

[13] ATF, *Don't Lie for the Other Guy* (Apr. 26, 2018) https://www.atf.gov/firearms/dont-lie-other-guy/.

[14] Don't Lie For the Other Guy, *Don't Lie Retailer Kit*, (last reviewed April 26, 2018), www.dontlie.org/toolkit-request.cfm (last visited Jan. 11, 2023).

[15] NSSF, *"Don't lie for the other guy" is a tool box for retailers, not a hammer to be used against them* (2014), https://www.nssf.org/articles/dont-lie-for-the-other-guy-is-a-tool-box-for-retailers-not-a-hammer-to-be-used-against-them/ (last visited Jan. 9, 2023).

of them.

**4.    Gun industry members have long touted efforts to prohibit gun sales to a person who appears to be at risk of harming themselves or others.**

There are numerous news stories about employees of firearms retailers who refused to sell a gun to a would-be customer because that person appeared dangerous or unwell. Firearms industry members regularly note these stories, because they provide further evidence that industry members want to follow reasonable policies that facilitate responsible gun ownership and protect against illegal bad actors.

To this end, the NSSF has acknowledged the importance of not selling firearms to people who are at risk of harming themselves or others. The NSSF has stated that it "promotes and values" the "programs that are designed to keep firearms out of the hands who shouldn't have them. That includes those who might be suffering a mental health crisis as well as prohibited individuals and unsupervised children."[16] This initiative by the NSSF dovetails with Section 898's requirement for policies to prevent sales to straw purchasers (*see Supra Section 3*) as well as security practices designed to prevent theft of firearms. The NSSF has stated that "[k]eeping guns out of the hands of convicted felons, minors, persons determined by a court of law to be 'mentally defective' and other individuals prohibited by law from owning

---

[16] Joe Bartozzi, *Mental health and firearm ownership, NSSF* (Oct. 6, 2020), https://www.nssf.org/articles/mental-health-and-firearm-ownership/ (or *Supra* n.4).

firearms is critical to preventing violent crime and keeping communities safe."[17] Amicus NRA has made similar statements, stating that "[i]t has been the NRA's longstanding position that those who have been adjudicated as a danger to themselves or others should not have access to firearms and should be admitted to treatment."[18]

And news reports confirm that responsible gun sellers are taking the policies touted by the NSSF to heart. In 2016, an Ohio gun store owner "refused to sell a gun to 25-year-old James Howard. Howard passed a background check, but he made statements that indicated he may want to harm himself or others."[19] The owner said that the purchaser's behavior: "was a red flag."[20] There are other similar stories of responsible owners and employees refusing to sell to prospective buyers whose

---

[17] NSSF, Don't Lie for the Other Guy, *NSSF REAL SOLUTIONS*, https://www.nssfrealsolutions.org/programs/dont-lie/ (last visited Jan. 9, 2023).

[18] Joseph Zeballos-Roig, *The NRA issued a statement supporting Trump's call to focus on mental illness to reduce gun violence after the shootings in El Paso and Dayton,* Business Insider (Aug. 5, 2019), https://www.businessinsider.com/nra-statement-backing-trump-el-paso-dayton-shootings-mental-illness-2019-8.

[19] Chanda Neely, *Gun shop owner thwarts possible mass shooting at Ohio University*, cleveland.com (Mar. 27, 2016), https://www.cleveland.com/metro/2016/03/gun_shop_owner_thwarts_possibl.html.

[20] *Id.*

behavior raised red flags, including in Pennsylvania,[21] New York,[22] Florida,[23] Texas,[24] Minnesota,[25] and Illinois.[26] Conversely, when gun sellers do not implement appropriate safeguards to screen out purchasers with red flags, consequences can be fatal, as demonstrated recently by the Colorado Springs massacre.[27]

---

[21] Rudy Chinchilla, *Man Threatened Temple University While Buying Rifle Bullets, Police Say*, NBC News Philadelphia (Aug. 4, 2019), https://www.nbcphiladelphia.com/news/local/temple-university-threats-buying-bullets-patrick-buhler/165883/.

[22] Douglass Dowty, *Police: How Syracuse University student was stopped while planning mass shooting*, Syracuse.com (Apr. 5, 2018), https://www.syracuse.com/crime/2018/04/police_how_syracuse_university_student_was_stopped_while_planning_mass_shooting.html.

[23] Brian Ross, Gerry Wagschal, Rhonda Schwartz, *Gun Store Owner: We Alerted FBI to 'Suspicious' Customer Weeks Before Orlando Shooting*, ABC News (June 16, 2016), https://abcnews.go.com/US/orlando-shooter-turned-gun-store-suspicious/story?id=39901107%20772-263-9222.

[24] CBS Austin, *APD: South Austin shooting spree suspect charged with murder* (July 13, 2018), https://cbsaustin.com/news/local/affidavit-suspect-in-s-lamar-homicide-tried-to-by-gun-suppressor-before-shooting-spree.

[25] Stephen Groves & Trisha Ahmed, *FBI: Minnesota man was making arsenal, revered mass shooters*, AP NEWS (Dec. 16, 2022), https://apnews.com/article/minnesota-d5004c013cfc4520481f4cad047e9cd9.

[26] Megan Hickey, *"We did the right thing": Manager of Oak Forest gun shop speaks about moments when Ketura Wilson demanded ammunition and was denied*, CBS Chicago (Apr. 5, 2022), https://www.cbsnews.com/chicago/news/manager-of-oak-forest-gun-shop-speaks-about-moments-when-ketura-wilson-demanded-ammunition-and-was-denied/.

[27] The shooter was arrested a year prior to the shooting and this would have triggered the "red flag" law if it had been applied in this Colorado county. Emma Tucker, *Prior 2021 arrest of Colorado Springs gunman puts spotlight on the politics of Red Flag Laws*, CNN (Nov. 27, 2022), https://www.cnn.com/2022/11/27/us/colorado-springs-red-flag-gun-law/index.html.

**5.      Section 898's policy requirements support responsible gun industry behavior.**

As demonstrated above, there is a core understanding of what constitutes a reasonable control and procedure among gun industry members, and to a large extent that understanding has been developed by the industry itself. In my 25 years inside the industry, I visited hundreds of firearms retailers. In my experience, the vast majority not only adhere to the spirit of reasonableness, but many also take it further and institute their own training and monitoring systems to guard against irresponsible actions. It is my opinion that a law such as this only codifies what is already accepted as industry best practices.

Furthermore, an exhaustive list of these controls is unnecessary and would be futile. First, any exhaustive list would be obsolete almost immediately, given ever-changing security and screening methods. Second, any purportedly exhaustive list would risk emboldening bad actors by incentivizing them to seek out technical exceptions that are irresponsible and dangerous. "The vagueness doctrine does not require 'perfect clarity and precise guidance.'" *Ward v. Rock Against Racism*, 491 U.S. 781, 794 (1989). Regulations "cannot, in reason, define proscribed behavior exhaustively or with consummate precision." *United States v. Thomas*, 864 F.2d 188, 195 (D.C. Cir. 1988); *Metro. Washington Chapter v. D.C.*, 57 F. Supp. 3d 1, 30 (D.D.C. 2014).

Section 898-a(2)'s list of policies strikes the proper balance between being adequately prescriptive such that they provide guidance to industry members, but not exhaustive so as to encourage bad actors who would seek to evade the regulation. Responsible members of the gun industry and responsible gun owners ultimately deem Section 898 necessary. It checks bad actors, preventing them from destroying the critical social contract among gun owners, gun industry members, and the communities they live in.

## CONCLUSION

For these reasons, and the reasons set forth in the brief filed by the New York Attorney General, the Court should affirm the district court's judgment.

**Dated:** January 13, 2023

Respectfully submitted,

/s/ Jennifer McDonald

Jennifer E. McDonald, Esq.
Downs Rachlin Martin PLLC
199 Main Street
P.O. Box 190
Burlington, VT 05401
802-863-2375
jmcdonald@drm.com
Counsel for Amicus Curiae

13

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 29(a)(5) and 32(a)(7)(B), the undersigned certifies that this brief contains 2,694 words, excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 32(f), and has been prepared in proportionally spaced typeface using 14-point Times New Roman font. As permitted by Federal Rule of Appellate Procedure 32(g)(1), the undersigned has relied upon the word count feature of this word-processing system in preparing this certificate.

Date: January 13, 2023

/s/ Jennifer McDonald

Jennifer E. McDonald, Esq.
Downs Rachlin Martin PLLC
199 Main Street
P.O. Box 190
Burlington, VT 05401
802-863-2375
jmcdonald@drm.com
Counsel for Amicus Curiae

14

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2023, an electronic copy of the foregoing was filed with the Clerk of Court for the United States Court of Appeals for the Second Circuit using the appellate CM/ECF system.

I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished on them via the appellate CM/ECF system.

Date: January 13, 2023

/s/ Jennifer McDonald

Jennifer E. McDonald, Esq.
Downs Rachlin Martin PLLC
199 Main Street
P.O. Box 190
Burlington, VT 05401
802-863-2375
jmcdonald@drm.com
Counsel for Amicus Curiae

21816567.1

15