

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

**LETITIA JAMES**
ATTORNEY GENERAL

**BARBARA D. UNDERWOOD**
SOLICITOR GENERAL
DIVISION OF APPEALS & OPINIONS

July 25, 2023

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *National Shooting Sports Found., Inc. v. James*, No. 22-1374

Dear Ms. Wolfe:

This Office represents defendant-appellee in the above-captioned appeal, and I am counsel of record. I am writing to inform the Court of additional dates on which I will be unavailable for oral argument. I respectfully request that oral argument not be scheduled for September 14 or 15 or October 19 or 20, 2023.

Respectfully submitted,

/s/ *Dennis Fan*

Dennis Fan
Senior Assistant Solicitor General
(212) 416-8921
dennis.fan@ag.ny.gov