

July 28, 2023

**Via CM/ECF**

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

     Re:    *National Shooting Sports Foundation v. James*, No. 22-1374

Dear Ms. Wolfe:

     The Court has proposed calendaring argument in the above-captioned case for the week of October 30, 2023. I am unavailable on Thursday, November 2, 2023.

                      Respectfully submitted,

                      s/ Erin E. Murphy
                      ERIN E. MURPHY
                      CLEMENT & MURPHY PLLC
                      706 Duke Street
                      Alexandria, VA 22314
                      (202) 742-8900
                      erin.murphy@clementmurphy.com

                      Counsel for Plaintiffs-Appellants

cc: All counsel of record (via CM/ECF)