

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

| | |
|---|---|
| **LETITIA JAMES**<br>ATTORNEY GENERAL | **BARBARA D. UNDERWOOD**<br>SOLICITOR GENERAL<br>DIVISION OF APPEALS & OPINIONS |

June 17, 2024

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

   Re: *National Shooting Sports Foundation, Inc. v. James*,
      No. 22-1374 (argued November 3, 2023)

Dear Ms. O'Hagan Wolfe:

  I am counsel for appellee Letitia James, in her official capacity as New York Attorney General, in the above-captioned appeal. I write to request that I be allowed to withdraw, and that I be removed from the docket, because June 18, 2024 is my last business day in the Attorney General's office. My colleague Ester Murdukhayeva has also appeared for appellee and will remain as counsel for appellee in this appeal.

            Respectfully submitted,

            /s/ Dennis Fan
            Dennis Fan
            Senior Assistant Solicitor General
            (212) 416-8921