

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

June 10, 2025

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for
 the Second Circuit
40 Foley Square
New York, NY 10007

      Re:    *National Shooting Sports Foundation, Inc. v. James*,
              No. 22-1374

Dear Ms. Wolfe:

      I write pursuant to Federal Rule of Appellate Procedure 28(j) in response to plaintiffs' letter regarding the U.S. Supreme Court's decision in *Smith & Wesson Brands, Inc. v. Estados Unidos Mexicanos*, No. 23-1141 (June 5, 2025). Plaintiffs are wrong to argue that the decision supports their arguments for reversal.

      First, plaintiffs' quotations from *Smith & Wesson*'s background description of the Protection of Lawful Commerce in Arms Act (PLCAA) obscure that the Supreme Court decided nothing about the scope of PLCAA or its predicate exception. Instead, the Court merely concluded that Mexico failed to plead the predicate violation at issue in that case – aiding and abetting third parties' misuse of weapons in violation of federal law. *See* Op. at 7, 14. The court accepted the proposition that a properly pleaded aiding-and-abetting violation could be an appropriate predicate violation (*see id.* at 2-3), and expressly declined to reach petitioners' separate argument that PLCAA imposed a uniquely narrow proximate causation standard (*id.* at 7).

      Second, *Smith & Wesson* underscores that the application of PLCAA (including application of its exceptions) is properly litigated in the context of specific actions containing actual allegations against which the court can apply the governing legal standards. Indeed, *Smith & Wesson* demonstrates that a defendant who believes a particular lawsuit is an improper invocation of the predicate exception can obtain

appropriate relief in the specific case. Plaintiffs' attempt in this case to secure an advisory opinion about the application of the predicate exception through a blunderbuss facial challenge to General Business Law § 898-a et. seq. is improper.

Respectfully submitted,

*/s/ Ester Murdukhayeva*

Ester Murdukhayeva
Deputy Solicitor General