# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of July, two thousand twenty-five.

Before:    Dennis Jacobs,
              Raymond J. Lohier, Jr.,
              Eunice C. Lee,
                  *Circuit Judges*.

---

National Shooting Sports Foundation, Inc., Beretta U.S.A. Corp., Davidson's, Inc., Glock Inc., Central Texas Gun Works, Hornady Manufacturing Company, Lipsey's LLC, Osage County Guns LLC, RSR Group, Inc., Shedhorn Sports, Inc., Sig Sauer, Inc., Smith & Wesson Inc., Sports South LLC, Sprague's Sports Inc., Sturm, Ruger & Company, Inc.,

        Plaintiffs - Appellants,

v.

Letitia James, in her official capacity as New York Attorney General,

        Defendant - Appellee.

**JUDGMENT**

Docket No. 22-1374

---

    The appeal in the above captioned case from an order and judgment of the United States District Court for the Northern District of New York was argued on the district court's record and the parties' briefs.

    IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's judgment is AFFIRMED.

                              For the Court:
                              Catherine O'Hagan Wolfe,
                              Clerk of Court

