# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-1374

**Motion for:** Extension of Time Within Which to File a Petition for Rehearing (Unopposed)

**Caption [use short title]**

Nat'l Shooting Sports Foundation, Inc., et al.

v.

Letitia James, in her official capacity as New York Attorney General

**Set forth below precise, complete statement of relief sought:**

Appellants seek a 60-day extension of the time within which to file a petition for rehearing or rehearing en banc, to and including September 22, 2025.

Appellee does not oppose this request.

**MOVING PARTY:** National Shooting Sports Foundation, Inc., et al.
**OPPOSING PARTY:** Letitia James

☐ Plaintiff ☐ Defendant
☒ Appellant/Petitioner ☐ Appellee/Respondent

**MOVING ATTORNEY:** Erin E. Murphy
**OPPOSING ATTORNEY:** Ester Murdukhayeva

[name of attorney, with firm, address, phone number and e-mail]

Clement & Murphy, PLLC
706 Duke Street, Alexandria, VA 22314
(202) 742-8900, erin.murphy@clementmurphy.com

N.Y. State Office of the Attorney General
28 Liberty Street, New York, NY 10005
(212) 416-6279; ester.murdukhayeva@ag.ny.gov

**Court- Judge/ Agency appealed from:** U.S. District Court for the Northern District of New York (D'Agostino, J.)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes ☐ No (explain): _____

Opposing counsel's position on motion:
☒ Unopposed ☐ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☒ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency: _____

Is the oral argument on motion requested? ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☒ Yes ☐ No If yes, enter date: 11/03/2023

**Signature of Moving Attorney:**
s/Erin E. Murphy  Date: 07/15/2025  Service: ☒ Electronic ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION, INC., et al.,<br><br>*Plaintiffs-Appellants*,<br><br>v.<br><br>LETITIA JAMES, in her official capacity as New York Attorney General,<br><br>*Defendant-Appellee*. | No. 22-1374 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE A PETITION FOR REHEARING

Appellants National Shooting Sports Foundation, Inc., Beretta U.S.A. Corp., Davidson's, Inc., Glock Inc., Central Texas Gun Works, Hornady Manufacturing Company, Lipsey's LLC, Osage County Guns LLC, RSR Group, Inc., Shedhorn Sports, Inc., Sig Sauer, Inc., Smith & Wesson Inc., Sports South LLC, Sprague's Sports Inc., and Sturm, Ruger & Company, Inc., respectfully request a 60-day extension of time within which to file a petition for rehearing in this case.

This Court's judgment in this case was entered on July 10, 2025. Absent an extension of time, a petition for rehearing is due under Federal Rule of Appellate Procedure 40(a)(1) on July 24, 2025.

1

The extension of time is necessary to allow appellants time to determine whether to file a petition for rehearing en banc in this case, and to prepare a petition if the decision is made to do so. One of the appellants in this case, National Shooting Sports Foundation, Inc., is a trade association that must additionally consult with its members. Other appellants are currently defendants in state-court litigation arising under the statute at issue in this case. Coordination among the parties is further complicated by pre-scheduled summer travel.

To ensure that the appellants are able to coordinate effectively and thereby preserve party and judicial resources, appellants respectfully request a 60-day extension of time to and including September 22, 2025, within which to file a petition for rehearing or rehearing en banc in this case.

Counsel for appellants contacted counsel for the Attorney General, who represented that the Attorney General does not oppose appellants' request.

WHEREFORE, appellants respectfully request that this Court enter an order extending the time within which to file a petition for rehearing or rehearing en banc, to an including September 22, 2025.

Respectfully submitted,

s/Erin E. Murphy
PAUL D. CLEMENT
ERIN E. MURPHY
 *Counsel of Record*
MATTHEW D. ROWEN
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
erin.murphy@clementmurphy.com

*Counsel for Appellants*

July 15, 2025

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1(a), Plaintiffs certify as follows:

**National Shooting Sports Foundation, Inc.** has no parent company, and no publicly held corporation owns 10% or more of NSSF stock.

Beretta Holdings S.A. is the parent company of plaintiff **Beretta U.S.A. Corp.** and owns more than 10% of Beretta U.S.A. Corp. **Beretta U.S.A. Corp.** is not publicly traded, and therefore there is no publicly held corporation that owns 10% or more of **Beretta U.S.A. Corp.** stock.

**CTCHGC LLC d/b/a Central Texas Gun Works** has no parent company. **CTCHGC LLC d/b/a Central Texas Gun Works** is not publicly traded, and therefore there is no publicly held corporation that owns 10% or more of **CTCHGC LLC d/b/a Central Texas Gun Works** stock.

**Davidson's, Inc.** has no parent company. **Davidson's, Inc.** is not publicly traded, and there therefore is no publicly held corporation that owns 10% or more of Davidson's, Inc. stock.

**GLOCK, Inc.** has no parent corporation, and there is no publicly held corporation owning 10% or more of **GLOCK, Inc.** stock.

**Hornady Manufacturing Company** has no parent company, and there is no publicly held corporation that owns 10% or more of **Hornady Manufacturing Company** stock.

**Lipsey's, LLC** has no parent company. **Lipsey's, LLC** is not publicly traded, and therefore there is no publicly held corporation that owns 10% or more of **Lipsey's, LLC** stock.

**Osage County Guns** has no parent company, and there is no publicly held corporation that owns 10% or more of **Osage County Guns** stock.

**RSR Group, Inc.** has no parent company. **RSR Group, Inc.** is not publicly traded, and therefore there is no publicly held corporation that owns 10% or more of **RSR Group, Inc.** stock.

**Shedhorn Sports Inc.** has no parent company. **Shedhorn Sports Inc.** is not publicly traded, and therefore there is no publicly held corporation that owns 10% or more of **Shedhorn Sports Inc.** stock.

**SIG Sauer, Inc.** is a wholly owned subsidiary of SIG SAUER US Holding LP. **N**o publicly held corporation owns 10% or more of **SIG Sauer, Inc.** stock.

**Smith & Wesson Inc.** is a wholly owned subsidiary of Smith & Wesson Brands, Inc. Smith & Wesson Brands, Inc. is publicly traded.

**Sports South LLC** has no parent company. **Sports South LLC** is not publicly traded, and therefore there is no publicly held corporation that owns 10% or more of **Sports South LLC** stock.

**Sprague's Sports Inc.** has no parent company. **Sprague's Sports Inc.** is not publicly traded, and therefore there is no publicly held corporation that owns 10% or more of **Sprague's Sports Inc.** stock.

**Sturm, Ruger & Company, Inc.** has no parent company, and no publicly held corporation owns 10% or more of **Sturm, Ruger & Company, Inc.** stock.

**CERTIFICATE OF COMPLIANCE**
**WITH TYPE-VOLUME LIMITATION**

I hereby certify that:

1. This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) because it contains 302 words, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f).

2. This motion complies with the type-face requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14-point font.

July 15, 2025

                                                      <u>s/Erin E. Murphy</u>
                                                      Erin E. Murphy

## CERTIFICATE OF SERVICE

I hereby certify that, on July 15, 2025, an electronic copy of this motion was filed with the Clerk of Court using the CM/ECF system and thereby served upon all counsel appearing in this case.

s/Erin E. Murphy  
Erin E. Murphy
