# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of December, two thousand twenty-five.

_____

National Shooting Sports Foundation, Inc., Beretta U.S.A. Corp., Davidson's, Inc., Glock Inc., Central Texas Gun Works, Hornady Manufacturing Company, Lipsey's LLC, Osage County Guns LLC, RSR Group, Inc., Shedhorn Sports, Inc., Sig Sauer, Inc., Smith & Wesson Inc., Sports South LLC, Sprague's Sports Inc., Sturm, Ruger & Company, Inc.,

    Plaintiffs - Appellants,

v.

Letitia James, in her official capacity as New York Attorney General,

    Defendant - Appellee.

**ORDER**

Docket No: 22-1374

_____

Appellants filed a petition for panel rehearing, or, in the alternative, for rehearing *en banc*. The panel that determined the appeal has considered the request for panel rehearing, and the active members of the Court have considered the request for rehearing *en banc*.

IT IS HEREBY ORDERED that the petition is denied.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

